NONA Z. FOWLES *vs.* SIGURD JENSEN.

Cumberland County.    Decided April 22, 1932.    Complaint under the bastardy act. Exceptions to refusal of presiding Justice at *nisi prius* to direct a verdict in favor of respondent.

There was sufficient evidence in support of complainant's allegations not only to warrant but to compel the submission of the case to the jury for decision. No other question is raised for our consideration. Exceptions overruled. *Henry N. Taylor*, for complainant. *Henry C. Sullivan*, for respondent.